**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **REMOTE LOCATOR SYSTEMS, LLC,** | |
| **Plaintiff,** | **CIVIL ACTION NO. 2:13-cv-678** |
| **v.** | |
| **APPLE INC.** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

## MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff Remote Locator Systems, LLC, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby moves for an order dismissing all claims against Defendant Apple Inc. in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Dated: December 2, 2013

Respectfully submitted,

By: *<u>/s/ Austin Hansley</u>*

**AUSTIN HANSLEY P.L.L.C.**
Austin Hansley
Texas Bar No.: 24073081
5050 Quorum Dr. Suite 700
Dallas, Texas 75254
Telephone: (469) 587-9776
Facsimile: (855) 347-6329
Email: Austin@TheTexasLawOffice.com
www.TheTexasLawOffice.com
**ATTORNEY FOR PLAINTIFF**
**REMOTE LOCATOR SYSTEMS LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile, and/or first class mail on December 2, 2013.

*/s/ Austin Hansley*
Austin Hansley